1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Andrew Andersen, | No. CV-17-00934-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Greg Mascaro Enterprises Incorporated, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Doc. 6.) For good cause shown,

**IT IS ORDERED** that Plaintiff's claims are dismissed with prejudice.

Dated this 27th day of April, 2017.

Douglas L. Rayes
United States District Judge